UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE ELRIDGE TAYLOR,

    Petitioner,

v.

BRANDON PRICE,

    Respondent.

Case No. 21-cv-05235-JCS (PR)

**ORDER OF TRANSFER**

In this federal habeas action petitioner challenges his commitment as a sexually violent predator (SVP). Because his SVP proceedings occurred, and his period of detention was imposed, in the Los Angeles Superior Court, this action is TRANSFERRED to the Central District of California. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** July 13, 2021

                                          JOSEPH C. SPERO
                                          Chief Magistrate Judge